# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M087 | 9617981 | McConnell | A843 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 09/27/2023 1113 pm | 21-801.1 |

**Place of Offense:** MD450 / Gate 8 overflow lot

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Driving veh. on hwy. at speed exceeding limit 1-9 mph.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WALKER | Christopher | A |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 3EK5308 | MD | 20 | Kia Sorento | | Grey |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ 110.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| US Naval Academy Alumni Hall | TBD |
| | Time TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9617981*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 SEP, 20 23 while exercising my duties as a law enforcement officer in the Eastern District of Maryland

while performing my duties as a law enforcement officer under special maritime jurisdiction. Was on patrol conducting speed enforcement when I observed with my LIDAR a gray Kia Suv coming off the bridge on MD450 toward King George Street with a speed of 46 mph. Posted speed is 40 mph.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/27/2023 [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident